## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Tigran Buniatyan<br>DOB: XX/XX/1974; Citizen of Armenia | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-07296MJ |

| Complaint for violation of Title 8 | United States Code § 1325(a)(2) |
|---|---|

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>April 3, 2026 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 3, 2026, at or near Nogales, in the District of Arizona, **Tigran Buniatyan**, an alien, did attempt to enter the United States of America from the republic of Mexico by eluding examination or inspection by immigration officials of the United States of America in violation of Title 8, United States Code, Section 1325, enhanced by Title 8, United States Code, Section 1325(a)(2) a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Tigran Buniatyan** is a citizen of Armenia. On April 3, 2026, **Tigran Buniatyan** knowingly and intentionally attempted to enter the United States by evading examination and inspection by an Immigration Officer. **Tigran Buniatyan** was concealed on board a train that was entering the United States from Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>(official title)<br>Ernesto A. Guerra<br><br>OFFICIAL TITLE<br>CBPO/E |
|---|---|

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 6, 2026 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewing AUSA: Brain Hopkins